1062 

[No. 46836-7-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. CONKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00379-4, Mary Yu, J., entered May 23, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46878-2-I. Division One. July 2, 2001.]

CHARLES J. GEHLEN, ET AL., *Respondents*, v. SNOHOMISH COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, ET AL., *Defendants*, G. LESTER HARMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-01320-4, Richard J. Thorpe, J., entered May 5, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Becker and Appelwick, JJ.

[No. 47004-3-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY E. OSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09505-3, Terence Lukens, J., entered July 14, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 47023-0-I. Division One. July 2, 2001.]

LINDA KONCICKY, *Appellant*, v. WILLIAM PETERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-19649-0, James A. Doerty, J., entered June 30, 2000. *Affirmed* by unpublished per curiam opinion.